UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No.: 13-20807

D-5, WILLIAM WATKINS,            Honorable Victoria A. Roberts

    Defendant.
_____/

## ORDER

This matter having come before the Court upon the request of the Defendant and the Court being fully aware of the necessity for a Court Order allowing counsel to enter the custodial facility housing **WILLIAM LAMONT WATKINS**, with a laptop computer;

**IT IS HEREBY ORDERED** that **NANCY L. MCGUNN**, Deputy Defender, be allowed to visit inmate **WILLIAM LAMONT WATKINS** at his place of incarceration and enter the facility with a laptop computer for purposes of discussing and reviewing discovery material in the above matter with Mr. Watkins.

**IT IS FURTHER THE ORDER** of the Court that Ms. McGunn be allowed to visit with inmate William Lamont Watkins in a private and confidential area.

**IT IS ORDERED**.

                                                        S/Victoria A. Roberts
                                                        United States District Judge

Dated: May 22, 2014

                                                SEAL: